

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF WASHINGTON
920 WEST RIVERSIDE AVENUE
P.O. BOX 1493
SPOKANE, WASHINGTON 99210
www.waed.uscourts.gov

SEAN F. MCAVOY
CLERK OF COURT

LESLIE A. DOWNEY
CHIEF DEPUTY CLERK

(509) 458-3400
FAX (509) 458-3420

April 3, 2018

U.S. Court of Appeals for the Ninth Circuit
95 Seventh Street
P.O. Box 193939
San Francisco, CA 94103

Re:  Hoffman v. No Named Respondent
     4:18-cv-05055-SMJ

Dear Sir or Madam:

An Order Directing Transfer to Ninth Circuit Court of Appeals has been entered in the above-referenced case. The case record is available in electronic format on PACER.

If you have any questions, please do not hesitate to call.

UNITED STATES DISTRICT COURT


By     *s/Shelly Koegler*
       Deputy Clerk